**William J. Hughey & Son,** appellant, v. **Illinois Indemnity Exchange and Sherman & Ellis, Inc.,** appellees. **Gen. No. 26,761.**

Action by an employer against an insurer to recover the amount of compensation awarded to an injured employee. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

William A. Jennings, for appellant. Gallagher, Kohlsaat & Rinaker, for appellees.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Nellie B. Eldred,** administratrix of the estate of Frank W. Eldred, deceased, appellant, v. **Celia T. Eldred** et al., appellees. **Gen. No. 26,770.**

Bill against an executrix individually and officially and against the administrator with the will annexed for an accounting for money received and appropriated by testator from proceeds of real estate held by him and complainant in common. Suit continued by complainant's administratrix. Amended bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded with directions. Opinion filed December 19, 1921. Rehearing denied and opinion modified and refiled January 3, 1922.

Landon & Holt, for appellant; John B. Fruchtl, of counsel. John S. Hummer, for appellees; Henry L. Wilson, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

In re estate of William Strohmeier, deceased.

**On** appeal of William Waltking, executor of the estate of William Strohmeier, deceased, appellant, v. **Henry Willms,** appellee. **Gen. No. 26,792.**

Claim against an estate on a promissory note given by deceased. Claim allowed in probate court and verdict and judgment for claimant upon trial *de novo* in circuit court. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1921. Reversed with finding of fact. Opinion filed December 19, 1921.

Worth E. Caylor, for appellant. Julius C. Greenbaum, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.